# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17-cr-01735-WQH |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| Paul Irwin Romero, | |
| Defendant. | |

**FILED NOV 13 2018**
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, with prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information:

8:1324(a)(2)(B)(ii) - Bringing in Aliens for Financial Gain (1); 8:1324(a)(2)(B)(iii) - Bringing in Aliens Without Presentation (2)

Dated: 11/13/2018

Hon. Nita L. Stormes
United States Magistrate Judge